CLIPPER CONSTRUCTION, LLC AND JOSEPH S. TUFARO

VERSUS

131 BEVERLY KNOLL, LLC

NO. 22-C-107

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

April 27, 2022

Susan Buchholz
First Deputy Clerk

IN RE 131 BEVERLY KNOLL, LLC

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 783-284

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and John J. Molaison, Jr.

**WRIT GRANTED: FEBRUARY 15, 2022 JUDGMENT REVERSED; NOVEMBER 17, 2021 JUDGMENT AMENDED.**

The relator, 131 Beverly Knoll, LLC, seeks review of the trial court's February 15, 2022 judgment, granting the Motion to Set Aside Judgment of Dismissal of the respondents, Clipper Construction, LLC, and Joseph S. Tufaro. The respondents sought to set aside the trial court's November 17, 2021 judgment granting the relator's Ex Parte Motion to Dismiss on Grounds of Abandonment.

The relator filed the motion to dismiss the respondents' Petition to Annul Judgment and for Enforcement of Settlement Agreement when there was no step taken by the respondents between their August 6, 2018 motion to stay execution of default judgment and their October 15, 2021 Motion for Partial Summary Judgment. "An action is abandoned when the parties fail to take any step in its prosecution or defense in the trial court for a period of three years[.]" La. C.C.P. art. 561(A)(1). On December 17, 2021, the respondents filed a motion to set aside the dismissal on the basis that they were not served the order of dismissal under La. C.C.P. art. 561(A)(4). Their memorandum argued that "the exact same parties to this lawsuit have been actively engaged in litigation in the above referenced district court suit and appellate court matter that directly involve the claims being made in the instant matter. The Appellate Court matter is directly related to the instant suit as it involves the same Judgment. As noted above, the appellate matter remains pending." They also noted that the trial court improperly dismissed the matter with prejudice. After a hearing on February 7, 2022, the trial court granted their motion.

La. C.C.P. art. 561 has been construed as imposing three requirements on plaintiffs: 1) plaintiffs must take a "step" towards prosecution of their lawsuit, 2) the step must be taken in the proceedings, and with the exception of formal discovery, must appear in the record of the suit, and 3) the step must be taken within the legislatively prescribed time period of the last step taken by either party. *Clark v. State Farm Mut. Auto. Ins. Co.,* 00-3010 (La. 5/15/01), 785 So.2d 779, 784. We find that although the respondents were litigating similar issues in a suit in another district court during the pendency of this action, there was no step taken in the proceedings[1] that appears in the record of this suit in this court which would allow examination of the record to reveal the status of the litigation with certainty. *Michel v. Home Town Supermarket, Inc.*, 493 So.2d 142, 144 (La. App. 5 Cir. 1986), *writ denied*, 493 So.2d 1207 (La. 1986) (*citing Chevron Oil Co. v. Traigle*, 436 So.2d 530, 532 (La. 1983). Therefore, the trial court's initial judgment of dismissal on grounds of abandonment was proper, and should not have been set aside.

Although the trial court set aside its November 17, 2021 judgment because it was entered with prejudice, this is not the appropriate remedy. Although dismissals for abandonment under La. C.C.P. art. 561 shall be without prejudice, the judgment can be amended. *Total Sulfide Servs., Inc. v. Secorp Indus., Inc.*, 96-589 (La. App. 3 Cir. 12/11/96), 685 So.2d 514, 515; *D & S Builders, Inc. v. Mickey Const. Co., Inc.*, 524 So.2d 245, 247 (La. App. 5 Cir. 1988).

Therefore, we grant the relator's writ application and reverse the February 15, 2022 judgment granting the respondents' Motion to Set Aside Judgment of Dismissal. The trial court's November 17, 2021 judgment granting the relator's Ex Parte Motion to Dismiss on Grounds of Abandonment shall be amended to state the dismissal is "without prejudice."

Gretna, Louisiana, this 27th day of April, 2022.

**JJM**
**SMC**
**JGG**

---

[1] There was no motion to consolidate the two cases filed in different divisions of the Twenty-Fourth Judicial District Court. S*ee Sutton v. Adams*, 19-0394 (La. App. 4 Cir. 5/29/19), 273 So.3d 1276, 1279.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/27/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-107**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
E. John Litchfield (Respondent)          Jason M. Cerise (Relator)
                                         Michael J. Marsiglia (Respondent)

### MAILED

Omer F. Kuebel, III (Relator)
Natalie M. Dawson (Relator)
Attorneys at Law
601 Poydras Street
Suite 2660
New Orleans, LA 70130

4/27/22

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Natalie M. Dawson
Omer F. Kuebel, III
Attorneys at Law
501 Poydras Street- Suite 2660
New Orleans, LA 70130
22-C-107                    04-27-22

9590 9402 2434 6249 3638 95

2. Article Number (Transfer from service label)

7016 2070 0000 0954 6472

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                     4-29-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

SECURITY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt